Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113
policemisconduct@compuserve.com

408-286-5150

Attorney for plaintiff   RONALD HEIMAN


1/22/2010

# IN THE DISTRICT COURT OF THE UNTIED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RONALD HEIMAN,<br>　　　　　　　　　*Plaintiff,*<br>v.<br><br>OFFICER JOHNSON, BADGE NO. 3827; SERGEANT BALDAL, BADGE NO. 3479; OFFICER A. GROGAN, BADGE NO. 3972; JOHN DOE and RICHARD ROE, police officers for the City of San Jose, the identity and number of whom are unknown to plaintiff; ROBERT DAVIS, individually and in his capacity as Chief of Police for the City of San Jose; CITY OF SAN JOSE, a municipality; DOES 1 through 100,<br>　　　　　　　　　*Defendants.* | No.   09-02617 JW<br><br>STIPULATION AND [PROPOSED] ORDER ASSIGNING THIS CASE TO AN EARLY SETTLEMENT CONFERENCE WITH MAGISTRATE SEEBORG |

On 10 December 2009, the parties, by and through their respective counsel, participated in an ADR Conference with Daniel Bowling of this Court's ADR office.  Upon discussion among the parties, an agreement was reached, in which Mr. Bowling concurred, that this matter be referred to Magistrate Richard Seeborg for an early settlement conference.

Therefore,

**IT IS HEREBY STIPULATED** that this matter be referred to Magistrate Richard Seeborg for an Early Settlement conference.

Dated: 10 December 2009          /s/Anthony Boskovich
                                 _____
                                 Anthony Boskovich
                                 Attorney for plaintiff

Dated: 10 December 2009          /s/Clifford Greenberg
                                 _____
                                 Clifford Greenberg
                                 Attorney for defendants

## ORDER

Upon review of the stipulation,

**IT IS HEREBY ORDERED** that this matter is denied as MOOT as Judge Seeborg is no longer available as a Magistrate Judge for settlement referrals. The parties may renew their request for a settlement conference referral to the reassigned Magistrate Judge.

Dated: January 22, 2010

_____
Judge of the United States District Court