Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113
policemisconduct@compuserve.com

408-286-5150

Attorney for plaintiff   RONALD HEIMAN



4/13/2010

# IN THE DISTRICT COURT OF THE UNTIED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RONALD HEIMAN,<br>                *Plaintiff*,<br>v.<br><br>OFFICER JOHNSON, BADGE NO. 3827; SERGEANT BALDAL, BADGE NO. 3479; OFFICER A. GROGAN, BADGE NO. 3972; JOHN DOE and RICHARD ROE, police officers for the City of San Jose, the identity and number of whom are unknown to plaintiff; ROBERT DAVIS, individually and in his capacity as Chief of Police for the City of San Jose; CITY OF SAN JOSE, a municipality; DOES 1 through 100,<br>                *Defendants*. | No.   09-02617 JW<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER |

      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred that all dates with the exception of the upcoming Settlement Conference and Preliminary Pretrial Conference be **VACATED**.

      The grounds for this stipulation and order are that this matter has been related by Judge Fogel to the matter of *Cicala, et al. v. City of San Jose, et al.*, Northern District of California case number CV 08-04032 JF, and that this matter has been stayed for some but not all purposes.  Although

Stipulation and [Proposed] Order Amending Scheduling Order                Page 1

certain fact discovery is continuing in this matter, other discovery must be coordinated with the related matter. Expert disclosure is impossible with respect to *Monell* issues at this time. The parties therefore believe that the Settlement Conference should proceed, and that the current scheduling order be vacated and discussed at the Preliminary Pretrial Conference currently calendared for 26 April 2010.

Dated: 7 April 2010              **BOSKOVICH & APPLETON**

By: /s/Anthony Boskovich
ANTHONY BOSKOVICH,
Attorney for Plaintiff

Dated: 7 April 2010              **OFFICE OF THE CITY ATTORNEY**

By: /s/ Clifford Greenberg
Clifford Greenberg
Attorney for Defendants

**It is so ordered:**
The request to vacated the April 26, 2010 Preliminary Pretrial Conference is DENIED. The Preliminary Pretrial Conference remains on calendar as previously scheduled.

Dated: April 13, 2010              _____
The Honorable James Ware
Judge of the United States District Court