# IN THE DISTRICT COURT OF THE UNTIED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RONALD HEIMAN,<br>        *Plaintiff*,<br>v.<br><br>OFFICER JOHNSON, BADGE NO. 3827; SERGEANT BALDAL, BADGE NO. 3479; OFFICER A. GROGAN, BADGE NO. 3972; JOHN DOE and RICHARD ROE, police officers for the City of San Jose, the identity and number of whom are unknown to plaintiff; ROBERT DAVIS, individually and in his capacity as Chief of Police for the City of San Jose; CITY OF SAN JOSE, a municipality; DOES 1 through 100,<br>        *Defendants*. | No. 09-02617 JW<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE IN LIGHT OF CASE MANAGEMENT CONFERENCE BEFORE JUDGE FOGEL** |

In light of the May 7, 2010 Case Management Conference set before Judge Fogel (Docket Item No. 38), the Court finds good cause to continue the Preliminary Pretrial Conference currently set for April 26, 2010 to **May 24, 2010 at 11 a.m.** On or before **May 14, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall update the Court as to the result of the conference before Judge Fogel, the parties' discovery efforts, and any efforts to resolve this case short of trial.

Dated: April 20, 2010

                                            JAMES WARE
                                            United States District Judge

IT IS SO ORDERED
Judge James Ware