IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ronald Heiman,<br><br>    Plaintiff,<br>  v.<br><br>Officer Johnson, et al.,<br><br>    Defendants. | NO. C 09-02617 JW<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

This case is set for a Preliminary Pretrial Conference on May 24, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 39.) In their Statement, the parties represent that this matter has been related by Judge Fogel to the matter of Cicala, et al. v. City of San Jose, et al., Case No. C 08-4032 JF, which has been stayed for some but not all purposes. The parties request a 120 day continuance due to the stay in the related case.

Based on the parties' representations, the Court CONTINUES the Preliminary Pretrial Conference to **September 27, 2010 at 11 a.m.** On or before **September 17, 2010**, the parties shall file a Joint Preliminary Pretrial Statement. In the Statement, the parties shall provide the Court with an update on the status of the related case and a proposed trial schedule.

Dated: May 20, 2010

                                            JAMES WARE<br>                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Boskovich policemisconduct@compuserve.com
Clifford S. Greenberg cao.main@sanjoseca.gov

**Dated: May 20, 2010**                           **Richard W. Wieking, Clerk**

                                                  **By:    /s/ JW Chambers
                                                          Elizabeth Garcia
                                                          Courtroom Deputy**